## HEISELMANN et v FRANKS et

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 25, 1934

Marble & Vordenberg, Cincinnati, for plaintiffs in error.

James G. Stewart, Cincinnati, Bert H. Long, Cincinnati, Frank R. Gusweiler, Cincinnati, and Walter W. Schwaab, Cincinnati, for defendants in error.

For full opinion see 2 OO 123; 194 NE 604; 48 Oh Ap 536.